GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON OWEN
Arizona State Bar No. 031263
TRAVIS L. WHEELER
Arizona State Bar. No. 036083
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: addison.owen@usdoj.gov
Email: travis.wheeler@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Felipe Arturo Avalos-Mejia,<br>a.k.a. Raul Soto Meija,<br>a.k.a. Pollo,<br>a.k.a. Felipe Arturo Avalos-Mexia,<br>a.k.a. Manuel Zamorano-Rameriz and,<br>a.k.a. Manuel Martinez,<br><br>Defendant. | No.    CR-24-8090-PCT-DJH (ASB)<br><br>**NOTICE OF RELATED CASES** |

Pursuant to Local Rule 5.1, the United States of America, by and through its attorneys undersigned, hereby gives notice to the court that this case is directly related to other pending criminal cases in the District of Arizona:

- *United States v. Francisco Javier Arana Nieblas*, CR-24-08040-PCT-JJT
- *United States v. Miguel Ramon Aragon-Roman*, CR-24-08076-PCT-JJT
- *United States v. Deny Misraim Baez Trejo, et. al*, CR-24-08030-PCT-DLR

///

Respectfully submitted this 20th day of August, 2024.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> S/ Addison Owen
> _____
> ADDISON OWEN
> TRAVIS L. WHEELER
> Assistant U.S. Attorney